**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 26, 2026

Mr. Viacheslav Asalkhanov
West Tennessee Detention Facility
P.O. Box 509
Mason, TN 38049

Re: Case No. 26-5753
*Viacheslav Asalkhanov v. Christopher Bullock*
Originating Case No. 2:25-cv-01298

Dear Mr. Asalkhanov,

This appeal has been docketed as case number **26-5753** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court.

A review of the District Court docket indicates your motion for leave to proceed on appeal in forma pauperis is pending in that court. If the district court denies your motion, in whole or in part, you have thirty (30) days from the date of that denial to either pay the appellate filing fee or renew the in forma pauperis motion. If you choose to pay the $605.00 fee (or the amount stated by the district court), it must be submitted to the U.S. District Court. If you are dissatisfied with the district court's ruling on your motion and you choose to file the motion for leave to proceed on appeal in forma pauperis, that motion and an accompanying financial affidavit must be submitted to this court, the United States Court of Appeals for the Sixth Circuit.

The Clerk's office cannot give pro se litigants legal advice but questions about the forms or electronic case filing may be directed to the case manager.

Sincerely,

s/Kelly Stephens
Appeal Case Manager: Joshua
Direct Dial No. 513-564-7013

cc: Mr. Samuel Christian

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 26-5753**

VIACHESLAV ASALKHANOV

Petitioner - Appellant

v.

CHRISTOPHER S. BULLOCK, New Orleans Field Office Director for ICE Enforcement and Removal Operations

Respondent - Appellee